UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-20 |
| VERSUS | SECTION "T"  (2) |
| WAYNE TRICHE | VIOLATIONS:<br>18 USC §1343<br>26 USC §7206 |

### RE-NOTICE OF PRETRIAL CONFERENCE AND JURY TRIAL

Take notice that this criminal case has been reset for trial on **April 13, 2020, at 9:30 a.m.** before **Judge Greg Gerard Guidry**, 500 Poydras Street, Courtroom C-552, New Orleans, LA 70130.  A final pretrial conference is set for **March 17, 2020, at 1:30 p.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: October 4, 2019

| | |
|---|---|
| TO: Wayne Triche (Bond) | WILLIAM W. BLEVINS, CLERK |
| **COUNSEL FOR WAYNE TRICHE** | by: Dedra D. Pongracz, Deputy Clerk |
| Brian J. Capitelli<br>Craig Frank Holthaus<br>Email: brian@capitelliandwicker.com<br>Email: frank@holthauslaw.com | AUSA   Tracey N. Knight |
| | U.S. Marshal |
| | U.S. Probation/Pretrial Services Unit |
| If you change address, notify<br>Clerk of Court by phone,<br>(504) 589-7747 | COURT REPORTER COORDINATOR:<br>INTERPRETER -NONE |